

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-18-00133-CV

**IN THE MATTER OF S.T.**,

From the County Court at Law, Starr County, Texas
Trial Court No. JV-17-035
Honorable Romero Molina, Judge Presiding

# O R D E R

Appellant's first motion for extension of time to file the appellant's brief is granted. We order counsel for the appellant, Abner Burnett, to file the appellant's brief by May 14, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

KEITH E. HOTTLE,
Clerk of Court